BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05CR00048 AWI-BAM ((015) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JESUS MEJIA, aka ELIXANDRO NEVARES LOPEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, March 24, 2014, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the matter to Tuesday, May 27, 2014, at 1:00 p.m.  Plaintiff concurs with this request.  Should the parties reach a resolution before May 27, the parties will move to advance the hearing date for a change of plea.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant desires additional time to review newly obtained discovery, consider the government's recently issued plea offer, discuss the matter with his client, and conduct

further investigation.

    b.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 24, 2014, to May 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    March 13, 2014    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Karen A. Escobar_____
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED:    March 13, 2014

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant – Jesus Mejia,
Aka Elixandro Nevares Lopez

**O R D E R**

IT IS SO FOUND AND ORDERED that the 3rd Status Conference is continued from March 24, 2014 to May 27, 2014 at 1:00 PM before Judge McAuliffe.   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 13, 2014**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE