Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,   ELIXANDRO NEVARES LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ELIXANDRO NEVARES LOPEZ,<br><br>          Defendant. | No. 1:05-CR -0048 AWI<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING AND PROPOSED ORDER THEREON** |

<u>STIPULATION</u>

It is hereby stipulated by and between the parties hereto that a Change of Plea hearing be scheduled for September 15, 2014 at 10:00 a.m..

DATED: September 8, 2014     FLETCHER & FOGDERUDE, INC.


 /s/ Eric K. Fogderude                .
ERIC K. FOGDERUDE
Attorney for Defendant, ELIXANDRO NEVARES LOPEZ

DATED: September 8, 2014     UNITED STATES ATTORNEY'S OFFICE


 /s/ Karen Escobar_____
Karen Escobar,  Assistant US Attorney

1

**ORDER**

IT IS SO ORDERED that a Change of Plea hearing be scheduled for September 15, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 8, 2014

_____
SENIOR DISTRICT JUDGE