Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,   JESUS MEJIA aka ELIXANDRO NEVARES LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JESUS MEJIA aka ELIXANDRO NEVARES LOPEZ<br><br>　　　　　　　Defendant. | No.  1:05-CR-00048-AWI-BAM-15<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING AND ORDER THEREON**<br><br>Date:  October 20 , 2014<br>Time:  8:30 a.m.<br>Judge: Honorable Lawrence J. O'Neill<br>　　　　United States Judge |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for November 24, 2014, at 10:00 a.m. before the Honorable Anthony W.  Ishii, may be advanced to  October 20, 2014 at 8:30a.m. before the Honorable Lawrence J. O'Neill.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists for the advancement of this sentencing hearing and the assignment to United States District Judge Lawrence J. O'Neill, because District Judge Anthony W. Ishii is

1

unavailable to hear the matter on October 20, 2014, and because the agreement and the presentence investigative report all recommend a sentence of "time served".

DATED:  October 14, 2014     FLETCHER & FOGDERUDE, INC.

  /s/ Eric K. Fogderude                          .
ERIC K. FOGDERUDE
Attorney for Defendant,
JESUS MEJIA aka ELIXANDRO NEVARES LOPEZ

DATED: October 14, 2014      /s/ Brian Bedrosian_____
BRIAN BEDROSIAN,
US Probation Officer

DATED: October 14, 2014      Benjamin B. Wagner

United States Attorney

/s/ Karen Escobar                               .
KAREN ESCOBAR , Assistant US Attorney

## ORDER

Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the sentencing hearing be advanced from  November 24, 2014 at 10:00 a.m. to October 20, 2014 at 8:30 a.m. before Judge Lawrence J. O'Neill.
IT IS SO ORDERED.

Dated:   **October 15, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2